1042

No. 965, Misc.  ALDABE *v.* ALDABE.  Sup. Ct. Nev. Certiorari denied.  *Paul A. Richards* for respondent.

No. 970, Misc.  BICKMAN *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 972, Misc.  PIPKIN *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 974, Misc.  CARTER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  *Emmett Colvin, Jr.,* for petitioner.

No. 975, Misc.  PEELE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.  *Jerry C. Wilson* for petitioner.  *Thomas Wade Bruton,* Attorney General of North Carolina, *Harry W. McGalliard,* Deputy Attorney General, and *Millard R. Rich, Jr.,* Assistant Attorney General, for respondent.

No. 983, Misc.  SAWYER *v.* DEPARTMENT OF CORRECTION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 989, Misc.  WILLIAMSON *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 1000, Misc.  HATCHER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Sup. Ct. Fla.  Certiorari denied.

No. 1008, Misc.  SCHIAVONI, ADMINISTRATOR *v.* HONUS WAGNER Co.  C. A. 3d Cir.  Certiorari denied.  *Harry Alan Sherman* for petitioner.